**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1154**

In Re:  GROVER L. DILLON, SR.,

          Petitioner.

On Petition for Writ of Mandamus.
(1:98-cr-00140-1; 1:10-cv-00266)

Submitted:  March 15, 2012      Decided:  March 28, 2012

Before SHEDD and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Petition denied by unpublished per curiam opinion.

Grover L. Dillon, Sr., Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Grover L. Dillon, Sr., petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C.A. § 2255 (West Supp. 2011) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that, on February 14, 2012, the district court denied Dillon's § 2255 motion. Accordingly, because the district court has recently decided Dillon's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED